IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | No. C 09-0560 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| AMERICA'S SERVICING COMPANY, | |
|     Defendants. | |

Defendant's motion to dismiss is granted.  This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 5, 2009

SUSAN ILLSTON
United States District Judge